UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 32BJ,

                Plaintiff,

    - against -

LARO SERVICE SYSTEMS, INC.,

                Defendant.
───────────────────────────────

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-10
```

09 Civ. 9089 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated May 27, 2010, after an inquest on damages following the finding by this Court that the plaintiff is entitled to a default judgment. The time for filing objections has passed and no objections have been filed. The Court also finds that the Report and Recommendation is well founded and should be adopted.

    Therefore, judgment should be entered in favor of the plaintiff and against the defendant in accordance with the Report and Recommendation, namely in the total amount of $195,007.18, consisting of (1) $192,927.18 in compensatory damages and prejudgment interest; (2) attorney's fees of $1,650; and (3) costs of $430.

The Clerk is directed to enter judgment accordingly and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         June 16, 2010

                                                  John G. Koeltl
                                     United States District Judge